```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

LUIGI ABREU, INDIVIDUALLY, AND ON
BEHALF OF ALL OTHERS SIMILARLY          22-cv-1793 (JGK)
SITUATED,
                                         ORDER
                Plaintiff,

        - against -

UI GLOBAL BRANDS LLC,

                Defendant.

JOHN G. KOELTL, District Judge:

The time for the defendant to respond to the Complaint is extended to June 21, 2022. Failure to respond to the Complaint by this date could result in default judgment being entered against the defendant. The conference scheduled for June 14, 2022 is canceled.

SO ORDERED.

Dated:   New York, New York
         June 7, 2022

                                    /s/ John G. Koeltl
                                    John G. Koeltl
                                    United States District Judge