UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LUIGI ABREU, INDIVIDUALLY, AND ON
BEHALF OF ALL OTHERS SIMILARLY
SITUATED,

               Plaintiff,

- against -

UI GLOBAL BRANDS LLC,

               Defendant.

22-cv-1793 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The plaintiff should file an amended complaint by July 18, 2022. The defendant may move or answer by August 5, 2022. If there is a motion, the plaintiff should respond by August 19, 2022. The defendant may reply by August 29, 2022. If there is an answer, the parties should submit a Rule 26(f) report by August 19, 2022.

SO ORDERED.

Dated:   New York, New York
           June 28, 2022

                                                  _____
                                                   John G. Koeltl
                                          United States District Judge