UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LUIGI ABREU,

                    **Plaintiff,**

      - against -

UI GLOBAL BRANDS LLC,

                  **Defendant.**

---

               **22-cv-1793 (JGK)**

               <u>ORDER</u>

**JOHN G. KOELTL, District Judge:**

    The defendant in this action was initially required to move or answer by August 5, 2022. <u>See</u> ECF No. 13. In an August 22, 2022 Order, this Court extended the deadline for the defendant's motion to dismiss until August 23, 2022. <u>See</u> ECF No. 16. On August 23, 2022, the defendant filed a Notice of Motion stating that the defendant was moving to dismiss the plaintiff's first amended complaint pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6). <u>See</u> ECF No. 17. However, the docket indicates that the defendant never filed a supporting memorandum of law, notwithstanding the defendant's reference to an "enclosed memorandum of law" in its Notice of Motion. <u>Id.</u>

    Accordingly, the defendant is directed to file the entirety of its motion to dismiss, including the supporting memorandum of law, by **November 16, 2022.** The plaintiff should respond by **November 30, 2022.** The defendant may reply by **December 12, 2022.** If the defendant no longer intends to file a motion to dismiss,

the parties are directed to submit a letter apprising the Court of the status of this case by **November 23, 2022.**

**SO ORDERED.**

Dated:    New York, New York
            November 9, 2022

                                John G. Koeltl
                      United States District Judge