UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LUIGI ABREU,

                     Plaintiff,               22-cv-1793 (JGK)

       - against -               ORDER

UI GLOBAL BRANDS LLC,

                    Defendant.

---

JOHN G. KOELTL, District Judge:

    The parties are directed to submit a Rule 26(f) report by January 23, 2023.


SO ORDERED.

Dated:    New York, New York
          January 6, 2023

                                John G. Koeltl
                     United States District Judge